United States District Court
Southern District of Texas
**ENTERED**
November 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATAPONG THANGSRI, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-2183 |
| § | |
| ASI LLOYDS, § § | |
| Defendant. § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came to be considered, the parties' Agreed Motion to Dismiss with Prejudice (Dkt. No. 7). Having considered the agreed motion based upon a confidential settlement entered between the plaintiff, Patapong Thangsri and the defendant, ASI Lloyds, the Court hereby DISMISSES with prejudice all claims and causes of action asserted by the plaintiff against the defendant.

It is further ORDERED that each party shall beat their/its own respective costs and attorneys' fees.

It is so ORDERED.

SIGNED on this 14th day of November, 2017.

_____
Kenneth M. Hoyt
United States District Judge